JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA IVANOFF,<br><br>        Plaintiff,<br><br>        v.<br><br>CALIBER HOME LOANS, INC., <u>et</u> <u>al.</u>,<br><br>        Defendants. | Case No. CV 16-9121 FMO (PLAx)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 23rd day of October, 2017.

                                                  /s/
                                  Fernando M. Olguin
                                United States District Judge